IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIANNE DORMAN, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-00592-Y |
| PHH MORTGAGE CORPORATION AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1 AND DEUTSCHE BANK SECURITIES INC., | § § § § § § § § § § § | |
| *Defendants.* | § | |

## JOINT REPORT ON SETTLEMENT CONFERENCE

On March 3, 2021, the Parties attempted settlement conference with Magistrate Judge Hal Ray via telephone.

I. Present at the attempted settlement conference were:

1. Dianne Dorman, Plaintiff;

2. Joshua D. Gordon, Plaintiff's counsel;

3. Kyle A. Owens, Defendants' counsel; and

4. Benjamin Verdooren, Defendants' representative.

II. Plaintiff, although present on the phone, was ill and under medication. Due to her medical condition (including heavy and constant coughing in what Plaintiff describes as Covid-pneumonia) and medication, Plaintiff informed her counsel that she was unable to proceed with the settlement conference.

1

III. Plaintiff was unable to provide her counsel with an estimated timeline for her recovery and may be unable to participate in a settlement conference for the foreseeable future.

IV. The Parties unsuccessfully mediated this case on December 3, 2020. Since that mediation, the Parties have had numerous informal settlement discussions. While it is possible that a settlement conference could be helpful where mediation and informal efforts have failed, that is questionable and it appears that the Parties will be unable to convene for a settlement conference anytime soon due to Plaintiff's status.

V. In light of the foregoing, the Parties would respectfully request that the Court rule upon Defendants' pending Motion for Summary Judgment.

Respectfully submitted,

By: /s/ Robert "Chip" C. Lane
Robert "Chip" C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
joshua.gordon@lanelaw.com
S. Alex Lick
State Bar No. 24107844
Alex.lick@lanelaw.com
THE LANE LAW FIRM, PLLC
6200 Savoy Drive, Suite 1150
Houston, Texas 77036
(713) 595-8200 Telephone
(713) 595-8201 Facsimile

Preston J. Dugas, III
State Bar No. 24050189
preston@pjdlawfirm.com
PRESTON DUGAS LAW FIRM, PLLC
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone: (817) 945-3061
Facsimile: (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

AND

*/s/ Kyle A. Owens*
Kyle A. Owens
Attorney in Charge
State Bar No. 24046573
kowens@dykema.com
Amelia H. Marquis
State Bar No. 24097512
amarquis@dykema.com
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6453
(855) 256-1482 Fax
**ATTORNEYS FOR DEFENDANTS**