IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DIANNE DORMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:19-cv-00592-P |
| § | |
| PHH MORTGAGE CORPORATION § | |
| AND DEUTSCHE BANK § | |
| NATIONAL TRUST COMPANY, AS § | |
| TRUSTEE FOR SECURITIZED § | |
| ASSET BACKED RECEIVABLES § | |
| LLC TRUST 2007-NC1, et al., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the Court's March 31, 2021 Order Granting Defendants' Motion for Summary Judgment (ECF No. 88):

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff Dianne Dorman's claims are **DISMISSED without prejudice**.

It is further **ORDERED, ADJUDGED, and DECREED** that Defendants may proceed with foreclosure in accordance with the Loan Agreement and Texas Property Code Chapter 51, or, alternatively, judicial foreclosure.

It is further **ORDERED, ADJUDGED, and DECREED** that all costs and expenses are taxed against the party incurring the same.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **21st day** of **April, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE